STATE of Missouri, Respondent,

v.

Arthur JACKSON, Appellant.

No. WD 52673.

Missouri Court of Appeals, Western District.

July 22, 1997.

Gary E. Brotherton, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Cheryl A. Caponegro, Assistant Attorney General, Jefferson City, for respondent.

Before ELLIS, P.J., and LOWENSTEIN and HOWARD, JJ.

## ORDER

PER CURIAM:

Arthur Jackson appeals from his conviction by jury of robbery in the second degree, § 569.030, RSMo 1994; robbery in the first degree, § 569.020, RSMo 1994; and armed criminal action, § 571.015, RSMo 1994. Jackson was sentenced as a prior, persistent, and class X offender to concurrent terms of fifteen, twenty, and five years imprisonment on the respective counts.

Judgment affirmed. Rule 30.25(b).